**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Alan QUINONEZ–SIGALA,**
**Defendant–Appellant.**

**No. 14–51263**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office San Antonio, TX, for Plaintiff–Appellee.

Damian Castillo, Esq., Law Offices of Roy Scott, Midland, TX, for Defendant–Appellant.

R. 47.5.4.

Luis Alan Quinonez–Sigala, Big Spring, TX, pro se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Alan Quinonez–Sigala (Quinonez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Quinonez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no still-existing non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

